PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Omar Shariffe White　　　　　　　　　　　　　　　Cr.: 12-00143-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 20053

Name of Assigned Judicial Officer:　　THE HONORABLE STANLEY R. CHESLER
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT COURT JUDGE

Date of Original Sentence: 04/27/1999

Original Offense: 21:846; Conspiracy to Possess With Intent To Distribute Controlled Substance

Original Sentence: 240 months imprisonment, 120 months supervised release

Special Conditions: Substance Abuse Testing, Special Assessment, Community Service, Location Monitoring Program, Location Monitoring Program

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 11/17/2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On July 5, 2017, the offender was arrested for a child support warrant from Passaic County. He was released on July 6, 2017. |

U.S. Probation Officer Action:
The U.S. Probation Office will continue to monitor the offender's status with child support through working collaboratively with the Passaic County Probation Department, Family Division.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*Erika M. Arnone*
　　　　　　　　　　　　　　　　　　　　　　　　　　By: Erika M. Arnone
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 07/06/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

7/11/17
Date