PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

### Report on Offender Under Supervision

Name of Offender: Omar Shariffe White                                                               Cr.: 2:12cr00143-SRC-1
                                                                                                                                PACTS #: 20053

Name of Reassigned Judicial Officer:    STANLEY R. CHESLER
                                                                    SENIOR DISTRICT COURT JUDGE

Date of Original Sentence: April 27, 1999

Original Offense:    Conspiracy to Possess with Intent to Distribute Cocaine Base

Original Sentence: 240 months custody; 10 years of supervised release

Special Conditions: Special Assessment, Community Service – 50 Hours, Location Monitoring Program

Type of Supervision: Supervised Release                                  Date Supervision Commenced: 11/17/2011

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     The offender has violated the mandatory supervision condition which states **'You must not commit another federal, state, or local crime.'**

On November 5, 2020, Mr. White was arrested by members of the Paterson Police Department and charged with simple assault and criminal mischief. According to the police report, Mr. White assaulted his girlfriend by striking her in the eye due to suspicions of infidelity. Mr. White does not live with his girlfriend; however, on occasions spends nights at her residence with her three children. The children did not witness the domestic dispute.

U.S. Probation Officer Action:
Mr. White was released from the Passaic County Corrections Center on November 6, 2020. Prior to this new arrest, he was being supervised on a Low Intensity Caseload. As a result of his arrest on November 5, 2020, he was transferred back to a general supervision caseload.

On November 9, 2020, the undersigned engaged in a discussion with the alleged victim, D.S. Reportedly, she plans to dismiss the restraining order and no longer wishes to pursue the charges. Adding, she has forgiven Mr. White for assaulting her and they have resolved their relationship issues. She reports feeling safe and "just wanted to teach him a lesson." D.S. was provided with domestic violence resources. Mr. White was referred to the U.S. Probation Office's anger management/healthy relationships program, the STOP Program. His participation in the ten-week program began on November 9, 2020. At this time, we request that the Court consider taking no action. This will allow our office to monitor the status of the pending case and relationship, as well as his overall compliance with the program and his Court-ordered

Prob 12A – page 2
Omar Shariffe White

conditions. The undersigned has provided Mr. White with a verbal reprimand and reviewed cognitive behavioral skills. We will notify the Court, including the most appropriate recommendation, upon receiving the disposition of the pending charges. If any other instances of non-compliance arise, the Court will be notified immediately.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   *Julie Chowdhury*
      JULIE CHOWDHURY
      U.S. Probation Officer

/ jc

APPROVED:

*Suzanne Golda-Martinez*                     11/09/2020
SUZANNE GOLDA-MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐   x No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐   Submit a Request for Modifying the Conditions or Term of Supervision

☐   Submit a Request for Warrant or Summons

☐   Other

s/Stanley R. Chesler, U. S. D. J.
Signature of Judicial Officer

11/10/2020
Date